O

# United States District Court
# Central District of California

| | |
|---|---|
| ALEXANDER STROSS,<br><br>         Plaintiff,<br><br>   v.<br><br>MOVE, INC. et al.,<br><br>         Defendants. | Case № 2:23-cv-04538-ODW (AGRx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [13]** |

///
///
///
///
///
///
///
///
///
///
///
///

Defendant Move, Inc. served Plaintiff Alexander Stross with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on August 1, 2023.  (ECF No. 13.)  On August 22, 2023, Stross filed a First Amended Complaint, twenty-one days after Move filed its responsive pleading.  (ECF No. 17.)  Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.   Therefore, Stross's amended complaint is proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the Court **DENIES AS MOOT** the motion. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

August 23, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**